Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BURCH PRIER<br><br>　　　Plaintiff<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br><br>　　　Defendant(s). | CASE No.: 2:21-CV-07602-E<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d) |

　　　The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-SIX HUNDRED SIX DOLLARS AND TWO CENTS ($1,606.02).

DATE:  5/20/22

　　　　　　　　　　　　　　　　　/S/ CHARLES F. EICK
　　　　　　　　　　　　　　　　THE HONORABLE CHARLES F. EICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE